UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>ALCIBIADES CIFUENTES, and<br>JENNIFER WEE CIFUENTES<br><br>Defendants | Hon. Esther Salas<br><br>Criminal No. 17-187 (ES)<br><br><u>SCHEDULING ORDER</u> |

This matter having come before the Court for arraignment; and the United States being represented by William E. Fitzpatrick, Acting United States Attorney for the District of New Jersey (by David W. Feder, Assistant U.S. Attorney, appearing); and the Defendant Alcibiades Cifuentes being represented by Leticia Oliveira, Assistant Federal Public Defender; and the Defendant Jennifer Wee Cifuentes being represented by Aidan P. O'Connor, Esq.; and the parties having met and conferred prior to arraignment and having determined that this matter may be treated as a criminal case that requires extensive discovery within the meaning of paragraph 4 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the initial exchange of discovery; and the Court having accepted such schedule, and for good cause shown,

It is on this 19th day of June, 2017, ORDERED that:

1. With the exception of items contained in the electronic materials described to in Paragraph 2 of this Order, the Government shall provide any oral, written or recorded statement of the Defendants or, in the case of an organizational defendant, of any person who is legally able

to bind Defendants because of that person's position as a director, officer, employee or agent of Defendants, on or before July 14, 2017.

2. The Government shall provide the remainder of discovery required by Federal Rule of Procedure 16(a)(1) on a rolling basis beginning on or before July 14, 2017.

3. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before July 14, 2017. Exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

4. If the Government intends to introduce into evidence in its case-in-chief a confession made to law enforcement authorities by one defendant that names or makes mention of a co-defendant, a copy of that statement or confession shall be disclosed by the Government on or before August 23, 2017. The Government shall provide a proposed redaction to that statement to conform with the requirements of *Bruton v. United States*, 391 U.S. 123 (1968) and its progeny, on or before August 30, 2017

5. Defendants shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1 on or before July 28, 2017.

6. Defendants shall provide discovery required by Federal Rule of Criminal Procedure 16(b)(1) on a rolling basis beginning on August 23, 2017.

7. A status conference shall be held on September 6, 2017, at 10:30 a.m., in order to assess the progress of discovery; to determine a schedule for the production of additional discovery if necessary; to consider any discovery disputes if necessary; to set or consider setting a schedule for the next status conference in this matter; and to set or consider setting a schedule for pretrial motions if a date for the completion of discovery can be determined.

_____
Honorable Esther Salas
United States District Judge